JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-70081 (LB) |
| | ) | |
|      Plaintiff, | ) | [PROPOSED] ORDER DETAINING |
| | ) | DEFENDANT RAFAEL CEJA- |
|   v. | ) | ECHEVERIA |
| | ) | |
| RAFAEL CEJA-ECHEVERIA, | ) | |
|     a/k/a "Rafael Ceja," | ) | Date:     February 10, 2010 |
| | ) | Time:    10:00 a.m. |
|      Defendant. | ) | Court:   Hon. Laurel Beeler |
| | ) | |

## I.  DETENTION ORDER

     Defendant Rafael Ceja-Echeveria is charged in a one-count complaint with illegally

re-entering the United States, in violation of 8 U.S.C. §§ 1326(a) and (b).  On February 8, 2010,

the United States moved for Mr. Ceja-Echeveria's detention pursuant to 18 U.S.C. §

3142(f)(2)(A) (because there is a serious risk that the defendant will flee), and asked for a

detention hearing, as permitted by 18 U.S.C. § 3142(f).  Following a hearing under 18 U.S.C. §

3142(f), and considering the parties' proffers, Pretrial Services' report, and the factors set forth

1   in 18 U.S.C. § 3142(g), the Court finds that Mr. Ceja-Echeveria presents a serious risk of flight

2   and that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure

3   his appearance in this case.  *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767

4   F.2d 1403, 1406 (9th Cir. 1985).

5        Specifically, considering the factors in 18 U.S.C. § 3142(g), the Court notes that Mr.

6   Ceja-Echeveria's prior criminal history check revealed a conviction for a drug trafficking offense

7   and a violation of prior promise to appear, and he also is subject to an immigration detainer

8   issued by Immigration and Customs Enforcement ("ICE") based on the facts alleged in the

9   complaint: namely, that he re-entered the United States after having been removed pursuant to an

10  order of removal.  These facts, particularly when considered in the context of the lack of any

11  information about Mr. Ceja-Echeveria's ties to the community, raise concerns about the risk of

12  Mr. Ceja-Echeveria's flight and his ability to comply with any conditions of release that the

13  Court might set.  Accordingly, the Court finds that the government has established flight risk by

14  a preponderance of the evidence.

15       Mr. Ceja-Echeveria did not request a full bail study at this time, such as an interview by

16  Pretrial Services.  *See* 18 U.S.C. § 3142(f) (a defendant has the right at a Section 3142(f)

17  hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse

18  witnesses, and to present information by proffer or otherwise).  Mr. Ceja-Echeveria expressly

19  retained his right to raise any additional relevant information at a later hearing.

20                                   II.  CONCLUSION

21       The Court detains Mr. Ceja-Echeveria as a serious flight risk.  Because Mr. Ceja-

22  Echeveria waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to

23  raising relevant information at a later hearing, the Court orders that the hearing may be reopened

24  at Mr. Ceja-Echeveria's request at any future time.

25       Mr. Ceja-Echeveria is committed to the custody of the Attorney General or a designated

26  representative for confinement in a corrections facility separate, to the extent practicable, from

27  persons awaiting or serving sentences or held in custody pending appeal.  *See* 18 U.S.C. §

28  3142(i)(2).  The defendant must be afforded a reasonable opportunity to consult privately with

1   counsel.  *See id*. § 3142(i)(3).  On order of a court of the United States or on request of an

2   attorney for the government, the person in charge of the corrections facility must deliver the

3   defendant to the United States Marshal for a court appearance.  *See id*. § 3142(i)(4).

4        IT IS SO ORDERED.

5

6

7   DATED:  February 12, 2010          _____

8                                     LAUREL BEELER
                                      United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~[PROPOSED]~~ DETENTION ORDER
No. CR 10-70081 (LB)                    3